GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
Email: gwf@fdlalwlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
**FLANGAS DALACAS LAW GROUP**
3275 South Jones Blvd. Ste. 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and LAS VEGAS LIMOUSINES, a Nevada corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURE PHOTO TOURS INC., a Nevada corporation; DONNA M. TRYON, an individual; and WILLIAM H. TRYON, an individual,<br><br>Defendants. | CASE NO.: 2:14-cv-01440-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE ADDITIONAL BRIEFING ON LAS VEGAS' LIMOUSINES STANDING PURSUANT TO THE COURT'S MINUTE ORDER IN CHAMBERS DATED March 31, 2015** |

On March 31, 2015 this Court issued an Order for Plaintiffs to show cause as to whether Plaintiff Las Vegas Limousines has standing to bring the following claims against Defendants: (1) trademark infringement under 15 U.S.C. § 1114; (2) false designation of origin under 15 U.S.C. § 1125(a); and (3) cyberpiracy under 15 U.S.C. § 1125(d). The Court further ordered that Plaintiffs would have until the close of business on 4/9/2015 to file a brief on this issue, not to exceed 10 pages.

The parties have been in settlement negotiations and they anticipate that the terms of the settlement will be finalized and either accepted or rejected by Friday April 10, 2015. As such, the parties do not wish to spend additional time and resources on briefing this issue if a settlement can be reached.

Based on the foregoing, it is hereby stipulated and agreed among the parties, by and through their respective attorneys that in the event that this matter is not settled, that the Plaintiffs will have until April 24th, 2015 to file the additional briefing regarding the standing issue.

DATED this 3rd day of April 2015.                                   DATED this 3rd day of April 2015.

FENNEMORE CRAIG JONES VARGAS                   FLANGAS DALACAS LAW GROUP

/s/John H. Mowbray
John H. Mowbray, Esq.
Nevada Bar No. 1140
Amy Abdo, Esq.
Nevada Bar No. 6881
300 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Gus W. Flangas, Esq.
Nevada Bar No. 4989
Jessica K. Peterson, Esq.
Nevada Bar No. 10670
Michele Di Silvestro Alanis
Nevada Bar No. 10024
3275 South Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
*Attorneys for Defendants*

### ORDER

Based on the foregoing Stipulation of the parties, Plaintiffs shall have up to and including the close of business April 24, 2015 to file the additional briefing on Las Vegas Limousines standing, as Ordered by the Court on March 31, 2015.

**IT IS SO ORDERED** this 7th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court