John H. Mowbray
Nevada Bar No. 1140
Amy Abdo
Nevada Bar No. 6881
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8001
Facsimile: (702) 692-8061
Email: jmowbray@fclaw.com
*Attorneys for Plaintiffs*

GUS W. FLANGAS
Nevada Bar No. 004989
Email: gwf@fdlalwlv.com
JESSICA K. PETERSON
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd. Ste. 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and LAS VEGAS LIMOUSINES, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTURE PHOTO TOURS INC., a Nevada corporation; DONNA M. TRYON, an individual; and WILLIAM H. TRYON, an individual,<br><br>Defendants. | CASE NO. 2:14-CV-01440 GMN-PAL<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Gloria M. Navarro<br>Hon. Peggy A Leen |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs FRIAS HOLDING COMPANY and LAS VEGAS LIMOUSINES (collectively, "Plaintiffs") and Defendants ADVENTURE PHOTO TOURS INC., DONNA M. TRYON, and WILLIAM H. TRYON (collectively, "Defendants") hereby stipulate that all claims in this action be and hereby are dismissed with prejudice.  It is further stipulated that Defendants' Motion to Dismiss and Plaintiff's Motion to Strike are hereby withdrawn.  The parties agree to bear their own costs, expenses and attorneys' fees in connection with this action.

**IT IS SO STIPULATED.**

DATED: April 13, 2015

FENNEMORE CRAIG, P.C.

By: _____
John H. Mowbray
Nevada Bar No. 1140
300 S. Fourth Street
Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED: April 13, 2015

FLANGAS DALACAS LAW GROUP

By: _____
Gus W. Flangas
Nevada Bar No. 004989
Jessica K. Peterson
Nevada Bar No. 10670
3275 South Jones Blvd. Ste. 105
Las Vegas, NV 89146
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

**DATED** this 16th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

19884211

- 1 -